# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D16-5845
_____

JASON RIVERS,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

September 13, 2019


PER CURIAM.

   AFFIRMED.

ROBERTS, BILBREY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Charles E. Hobbs, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.